# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| TARA DODSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) CASE NO: 3:19-cv-00972 ) |
| ZIMMER, INC. | ) ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Zimmer, Inc. ("Defendant"), by and through counsel, hereby removes this action from the Kosciusko Circuit Court to the United States District Court for the Northern District of Indiana, South Bend Division. Removal is proper because this Court has original jurisdiction under 28 U.S.C. § 1331 over issues in the Complaint.

1. This cause of action was commenced on October 4, 2019 when Tara Dodson ("Plaintiff") filed the Complaint in the Kosciusko Circuit Court as Case No. 43C01-1910-CT-000067. The Complaint was served on Defendant on October 10, 2019.

2. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant are attached hereto as **Exhibit A.**

3. Plaintiff's Complaint alleges that she was discriminated and retaliated against because of her disability, perceived disability, or record of impairment, in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101–12213.

Plaintiff's Complaint also alleges that she was discriminated and retaliated against in violation of the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. §§ 2601–2654. These allegations raise claims asserting federal questions under 28 U.S.C. § 1331.

4. Defendant's Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because the Notice of Removal is filed no later than thirty (30) days after the Defendant first received the Complaint on October 10, 2019, which, for the first time, made the action removable. *See* 28 U.S.C. § 1446(b)(1).

5. The United States District Court for the Northern District of Indiana, South Bend Division has original jurisdiction over this action under 28 U.S.C. § 1331 because the Complaint asserts claims or issues presenting federal question arising in whole or in part under the Constitution, laws, or treaties of the United States.

6. More specifically, this Court has jurisdiction over this matter as Plaintiff's Complaint includes allegations regarding violations of the ADA and the FMLA. *See* Compl. at ¶ 1.

7. Venue is proper because the Northern District of Indiana, South Bend Division embraces the Kosciusko Circuit Court, the forum from which this case has been removed. *See* 28 U.S.C. § 1441(a).

8. Concurrent with filing this Notice of Removal, Defendant will file a notice of removal, together with a copy of this Notice of Removal, with the clerk of the Kosciusko Circuit Court, and Defendant will serve them on all counsel of record.

9. This action has not previously been removed to federal court.

Dated: October 31, 2019              Respectfully submitted,

/s/Devra T. Hake
R. John Kuehn III (22434-71)
Stephen M. Judge (31831-71)
Devra T. Hake (6327001—IL)
SouthBank Legal: LaDue | Curran | Kuehn
100 E. Wayne Street, Suite 300
South Bend, Indiana 46601
Tel: (574) 968-0760
Fax: (574) 968-0761
jkuehn@southbank.legal
sjudge@southbank.legal
dhake@southbank.legal

*Attorneys for Defendant*
*Zimmer, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, a true and correct copy of the foregoing document was filed electronically in the United States District Court for the Northern District of Indiana, South Bend Division, with notice of the same being electronically served by the CM/ECF system, to all attorneys of record. In addition, a copy of this *Notice* has been served via electronic mail and First-Class U.S. Mail, properly addressed and postage prepaid, upon the following:

Jennifer L. Hitchcock, Esq.
116 E. Berry Street, Suite 1110
Fort Wayne, IN 46802
jennifer@jhitchcocklaw.com

/s/Devra T. Hake
Devra T. Hake

3