# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TARA DODSON

        Plaintiff

  v.

                                      **Civil Action No. 3:19-cv-972**

ZIMMER, INC.

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the stipulation of dismissal.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller, Jr on a Stipulation of Dismissal.

DATE: 11/20/2020                         ROBERT N. TRGOVICH, CLERK OF COURT

                                                          by _s/ B. Scheumann_____
                                                           *Signature of Clerk or Deputy Clerk*